Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cain-Hill, Earnestine R

Printed: 6/10/08

Case Number: 05 B 33446
Judge: Wedoff, Eugene R
Filed: 8/23/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: April 24, 2008
Confirmed: November 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 15,034.62 | |
| Secured: | | 8,729.62 |
| Unsecured: | | 0.00 |
| Priority: | | 3,717.80 |
| Administrative: | | 1,800.00 |
| Trustee Fee: | | 787.20 |
| Other Funds: | | 0.00 |
| Totals: | 15,034.62 | 15,034.62 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Gleason & MacMaster | Administrative | 1,800.00 | 1,800.00 |
| 2. | Drive Financial Services | Secured | 14,375.59 | 8,729.62 |
| 3. | Internal Revenue Service | Priority | 5,578.81 | 3,717.80 |
| 4. | Peoples Energy Corp | Unsecured | 127.90 | 0.00 |
| 5. | RMI/MCSI | Unsecured | 72.50 | 0.00 |
| 6. | Meta Bank | Unsecured | 119.60 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 1,141.92 | 0.00 |
| 8. | Illinois Student Assistance Commission | Unsecured | 1,267.77 | 0.00 |
| 9. | Forest South Animal Hopital | Unsecured | 20.59 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 371.20 | 0.00 |
| 11. | Loan Express Company | Unsecured | 66.12 | 0.00 |
| 12. | Consumer Portfolio Services | Unsecured | 2,788.67 | 0.00 |
| 13. | Zalutsky & Pinski Ltd | Unsecured | 782.82 | 0.00 |
| 14. | Drive Financial Services | Unsecured | 625.22 | 0.00 |
| 15. | AT&T Broadband | Unsecured | | No Claim Filed |
| 16. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 17. | Bally's Health Club | Unsecured | | No Claim Filed |
| 18. | Comcast | Unsecured | | No Claim Filed |
| 19. | First National Bank Of Marin | Unsecured | | No Claim Filed |
| 20. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 21. | Medical Collections | Unsecured | | No Claim Filed |
| 22. | Sallie Mae | Unsecured | | No Claim Filed |
| 23. | Plains Commerce Bank | Unsecured | | No Claim Filed |
| 24. | Radiologial Physician | Unsecured | | No Claim Filed |
| 25. | Sallie Mae | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Cain-Hill, Earnestine R | Case Number: 05 B 33446 |
|---|---|
|  | Judge: Wedoff, Eugene R |
| Printed: 6/10/08 | Filed: 8/23/05 |

| | | | |
|---|---|---|---|
| 26. Southeast Anesthesia Consult | Unsecured | | No Claim Filed |
| 27. TCF Bank | Unsecured | | No Claim Filed |
| 28. Sprint PCS | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 29,138.71 | $ 14,247.42 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 295.13 |
| 5% | 118.99 |
| 4.8% | 164.08 |
| 5.4% | 209.00 |
| | _____ |
| | $ 787.20 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_____